JOHN W. ZOBEL, Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted January 3, 1950; decided January 5, 1950.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 300 N. Y. 490.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RALPH PORRO, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN BEVACQUA, Appellant.

Submitted January 3, 1950; decided January 5, 1950.

Motion for reargument or to amend the remittitur and for a stay denied and stay vacated. [See 300 N. Y. 504.]

BEATRICE M. MONTANYE et al., Appellants, *v.* THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.

Submitted January 3, 1950; decided January 5, 1950.

Motion for an order certifying a constitutional question dismissed, with $10 costs and necessary printing disbursements, for want of jurisdiction.